■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO PEREZ, Appellant. [702 NYS2d 913] —Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Weissman, J.), rendered November 12, 1998, revoking a sentence of probation previously imposed by the same court (Lefkowitz, J.), upon his admission that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of attempted robbery in the second degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386

US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Ritter, Joy, McGinity and Smith, JJ., concur.